IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JERRY R. CARLILE | § | CASE NO. 06-60838 |
| SSN: XXX-XX-2250 | § | |
| WAWEESW MICHELLE CARLILE | § | |
| SSN: XXX-XX-4202 | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

<u>NOTICE OF UNCLAIMED FUNDS TO BE DEPOSITED
INTO REGISTRY OF THE COURT</u>

**NOW COMES JASON R. SEARCY, TRUSTEE** for the estate of Jerry R. & Waweesw

Michelle Carlile in the above styled and numbered cause and makes this his Notice of Unclaimed

Funds to be Deposited into Registry of the Court.

I.

On March 2, 2011, your Trustee filed his Final Report and Proposed Distributions setting

forth the administrative, priority, and unsecured claims to be paid to the full extent of available

estate funds.

II.

Jason R. Searcy, Trustee has distributed the funds of this estate in accordance with the

Trustee's Final Report and Proposed Distributions; in addition to, any and all subsequent noticed

distributions. Two distributions are still outstanding and have never been presented for endorsement

or payment despite attempts by the Trustee to have the checks presented for payment.

More than ninety (90) days have passed since the initial distributions were made.

| | | |
|---|---|---|
| Bank of America N.A. (USA) | $55.04 | Check No. 3007 |
| Bank of America N.A. (USA) | $37.34 | Check No. 3008 |

III.

Trustee's Check No. 3021 drawn in the amount of $92.38 and made payable to the United

States Bankruptcy Court will be forwarded immediately upon completion of the ECF filing of this

Notice.

IV.

To the best of Trustee's knowledge and belief, the proposed deposit to the registry of the

Court prejudices no party in interest, is fair and equitable and in the best interest of this bankruptcy

estate. Said deposit will extinguish all remaining estate funds and no further matters of

administration will be necessary.

DATED this 21st day of June, 2011.

RESPECTFULLY SUBMITTED,

SEARCY & SEARCY, P.C.

BY:*/s/Jason R. Searcy*
    JASON R. SEARCY
    P.O. BOX 3929
    LONGVIEW, TEXAS 75606
    (903) 757-3399
    FAX (903) 757-9559
    STATE BAR NO. 17953500

    ATTORNEY FOR TRUSTEE.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing document was served through electronic mail pursuant to the Electronic Case Management system of the United States Bankruptcy Court for the Eastern District of Texas on the 21st day of June, 2011.

*/s/Jason R. Searcy*
JASON R. SEARCY